MARCIA GUZMÁN (SBN: 298859)
VICTORIA TOKAR (SBN: 304308)
service@guzmanandtokar.com
GUZMÁN & TOKAR LLP
440 N. Barranca Avenue, Suite 1354
Covina, California 91723
Telephone: (213) 347-4529
Facsimile: (213) 342-6329

Attorneys for Plaintiff
MILAUN GRIGSBY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILUAN GRIGSBY,<br><br>    Plaintiff,<br><br>    v.<br><br>STANFORD HEALTH CARE, a California corporation, and DOES 1 through 100, inclusive.<br><br>    Defendants. | Case No. 5:25-cv-01107-NC<br><br>**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint filed:   December 9, 2024<br>Trial Date:          Not Set |

### ORDER

Pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice, IT IS HEREBY ORDERED that:

1. The above-captioned matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated:  February 24, 2025

_____
The Honorable Susan van Keulen
Magistrate Judge

[GRANTED — Judge Nathanael M. Cousins]